3/29/10   DENIED AS TO THE REQUEST TO PERMIT TELEPHONIC APPEARANCE.  GRANTED AS TO ALL OTHER PROCEDURES.

/s/ Henry J. Boroff

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | Chapter 7, No. 09-30152-HJB |
| ) |  |
| DONNA L. COOPER ) |  |
| ) |  |
| Debtor ) |  |

**SECOND MOTION FOR AN ORDER
PRE-APPROVING BIDDING PROCEDURES**

To the HONORABLE HENRY J. BOROFF, Bankruptcy Judge:

Now comes JOSEPH B. COLLINS ("Trustee"), Trustee in Bankruptcy of Donna L. Cooper ("Debtor") and, pursuant to Massachusetts Local Bankruptcy Rule 6004-1(c), hereby moves this Honorable Court for an Order pre-approving certain procedures to govern any competitive bidding on the proposed sale of property of the Bankruptcy Estate. In support of this Motion, the Trustee respectfully represents as follows:

1. On February 8, 2009, the Debtor filed a Voluntary Petition pursuant to the provisions of Chapter 7 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts ("Court").

2. On February 9, 2009, the Trustee accepted an appointment as Chapter 7 Trustee of the Debtor's Bankruptcy Estate and continues to serve in such capacity.

3. As set forth in the Motion for an Order Approving Bidding Procedures and Breakup Fee ("First Motion") filed by the Trustee on February 25, 2010, the Trustee's investigation of the