UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>DONNA COOPER<br><br>Debtor | Chapter 7<br><br>Case # 09-30152-HJB |

### DEBTOR'S LIMITED RESPONSE TO TRUSTEES MOTION
### FOR AUTHORITY TO SELL PROPERTY OF THE BANKRUPTCY ESTATE

Now comes the Debtors, by and through their attorney, and respectfully files this limited response:

1. The Debtor has no children;

2. The Beneficial interest in the Trust that is being sold is determined by the life of the Debtor and not by the life of the potential purchaser of said beneficial interest;

3. Consequently, pursuant to the Sprang Trust, if the Debtor predeceases the testatrix, then the Debtors portion of the Trust will go to the other beneficiaries and not to any potential purchaser or their heirs or assigns.

Respectfully submitted,
The Debtor
By her attorney,

Date: May 3, 2010

/s/ David L. Brunelle, Jr., Esquire
David L. Brunelle, Jr., Esq.
318 Newton Street
South Hadley, MA 01075
Telephone (413) 539-5959
BBO # 558797

## **CERTIFICATE OF SERVICE**

     I, David L. Brunelle, Jr., hereby certify that on the 3rd day of May, 2010, I electronically filed the foregoing Debtors' Limited Response to Trustees Motion for Authority to sell property of the Bankruptcy Estate, with the United States Bankruptcy Court, using the CM/ECF system. I served the following CM/ECF participants:

Office of the U.S. Trustee

Joseph Collins, Trustee

Spencer Stone, Esquire

David Ostrander, Attorney for Katherine Christian

     I certify that I have served, by first class mail, postage prepaid, the documents filed with the Court on the following non CM/ECF participants:

Donna Cooper, Debtor
P.O. Box 85
Chicopee, MA  01014

Abdenour Achab
1000 Sibley Street
Apartment 23
Folsom, CA 95630

MGRP I, LLC
1936 Seabee Place
San Jose, CA 95133

Thomas Kornfield
Landmark Capital II, LLC
10200 East Girard Avenue
Building B
Denver, CO 80231

                                                 /s/ David L. Brunelle, Jr.
                                               David L. Brunelle, Jr., Esq.