UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | Chapter 7, No. 09-30152-HJB |
| ) |  |
| DONNA L. COOPER ) |  |
| ) |  |
| Debtor ) |  |

### NOTICE OF LIMITED APPEARANCE

Pursuant to Federal Rule of Bankruptcy Procedure 9010 and MLBR 9010-1, please enter my appearance on behalf of San Marco Petroleum, Inc. in the above-captioned case for the limited purpose of representing it in the bidding and sale procedures, and hearings associated therewith, for the "Sprang Trust" asset for which the Chapter 7 Trustee has solicited higher offers.

SAN MARCO PETROLEUM, INC.

Dated: May 5, 2010

By: _____
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
LAW OFFICES OF JONATHAN R. GOLDSMITH
 AND ASSOCIATES, LLC
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re )
) Chapter 7, No. 09-30152-HJB
)
DONNA L. COOPER )
)
Debtor )
)

### CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of the LAW OFFICES OF JONATHAN R. GOLDSMITH AND ASSOCIATES, LLC, 1350 Main Street, Suite 1505, Springfield, Massachusetts do hereby certify that I have served a copy of my Notice of Limited Appearance upon those parties listed below by via electronic mail or by mailing, regular first class mail, postage prepaid, on this 5th day of May, 2010.

OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

DAVID BRUNELLE, ESQ.
318 Newton Street
South Hadley, MA 01075

Joseph B. Collins, Esq.
HENDEL & COLLINS, P.C.
101 State Street, 5th Floor
Springfield, MA 01103

_____
JONATHAN R. GOLDSMITH, ESQ.